UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RAYMOND NEWSON, individually and
on behalf of those similarly situated,

    Plaintiff,

v.

                                        No. 6:24-CV-082-H

LANDMARK ADMIN LLC,

    Defendant.

## ORDER

Before the Court is the motion of the plaintiffs in this action and 11 other actions currently pending in the Northern District of Texas to consolidate actions, appoint interim class counsel, and set an initial briefing schedule. Dkt. No. 5. The certificate of conference indicates that counsel for the named plaintiffs in this case—along with plaintiffs' counsel in *Donald Tanner v. Landmark Admin LLC*, No. 6:24-CV-083-H, and *La'Tonya Williams v. Landmark Admin LLC, et al.*, No. 3:35-CV-2714-E—have conferred with counsel for the plaintiffs in the other cases listed in the motion and counsel for the defendant Landmark Admin LLC. *Id.* at 34. But the counsel bringing this motion have not conferred with counsel for Liberty Bankers Insurance Group, an additional defendant in ten of the listed cases. *See id.* at 1–3, 34. Thus, the Court orders counsel to confer with counsel for Liberty Bankers as soon as practicable after counsel for Liberty Bankers appears regarding the pending motion and inform the Court of its position. Should Liberty Bankers oppose any part of the motion, it will have 21 days after appearing to file a response in this Court.

For the sake of clarity, the Court reminds the parties that the cases are not currently consolidated and that other judges in this District are assigned to nine of the listed cases. This Order has no effect on any case not assigned to the undersigned.

So ordered on November 13, 2024.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE