UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| *In re Landmark Admin LLC Data Incident Litigation* | No. 6:24-CV-082-H <br><br> Consolidated with 6:24-CV-083-H; 6:25-CV-010-H; 6-24-CV-084-H; 6:25-CV-011-H; 6:25-CV-015-H; 6:25-CV-016-H; 6:25-CV-017-H; 6-25-CV-018-H; 6:25-CV-014-H; 6:25-CV-013-H; 6:25-CV-012-H |

## ORDER

Before the Court is a notice of voluntary dismissal from a list of plaintiffs in this consolidated action. Dkt. No. 51. The notice lists all individual plaintiffs in this consolidated action except for La'Tonya Williams. *See id.* The docket text for that notice, however, lists La'Tonya Williams as one of the plaintiffs seeking to dismiss their cases. *See id.* The Court therefore orders the plaintiffs to: (1) file a response to this Order at their earliest convenience clarifying that the notice of dismissal does not include La'Tonya Williams's case; (2) file an amended notice of dismissal including La'Tonya Williams; or (3) file a separate notice of dismissal as to La'Tonya Williams's case.

So ordered on May 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE