## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

| | |
|---|---|
| *In re Landmark Admin LLC Data Incident Litigation* | Case No.: 6:24-CV-00082-H |

## Amended Notice of Voluntary Dismissal without Prejudice under
## Fed. R. Civ. P. 41(a)(1)(A)(i)

Plaintiffs Raymond Newson, Britton Bryant, Donald Tanner, Edna Whitten, Folayan Payne, Drenetha Goff, Kara Montague, Karina Barratt, Lynda Roberts, Randy Jackson, Rozalynn Fisher, Shalene Willis, Emily Karrick, Miguel Bosch, La'Tonya Williams, and Sherika Dodson ("Plaintiffs") hereby voluntarily dismiss this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs are entitled to dismissal without a Court order because Defendants have not filed an answer or otherwise moved in response.

Dated: May 8, 2025

Respectfully submitted,

*/s/ A. Brooke Murphy*
A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

1

Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com


*PLAINTIFFS' COUNSEL*


*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: May 8, 2025                              */s/ A. Brooke Murphy*
                                                 A. Brooke Murphy