UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| *In re Landmark Admin LLC Data Incident Litigation* | No. 6:24-CV-082-H<br><br>Consolidated with 6:24-CV-083-H; 6:25-CV-010-H; 6-24-CV-084-H; 6:25-CV-011-H; 6:25-CV-015-H; 6:25-CV-016-H; 6:25-CV-017-H; 6-25-CV-018-H; 6:25-CV-014-H; 6:25-CV-013-H; 6:25-CV-012-H |

## ORDER

Before the Court is plaintiffs' Amended Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses every case in this consolidated action without prejudice. Dkt. No. 53. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this case and every action in this consolidated case without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on May 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE